**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (253362)
*trevor@jackfitzgeraldlaw.com*
TRAN NGUYEN (310593)
*tran@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 4th Ave., Ste. 202
San Diego, CA 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Phone: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY REYNOLDS and ROBERT MASON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Case No.: 15-cv-324-JSW <br><br> [~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE |

1  Pursuant to plaintiff's Notice of Voluntary Dismissal Without Prejudice brought
2  pursuant to Fed. R. Civ. P. 41(a), it is hereby ORDERED:
3  This action is dismissed *without prejudice*.

5  Dated: <u>April 9</u>, 2015

_____
Hon. Jeffrey S. White
United States District Judge

1

*Reynolds et al. v. Walgreen Co.*, No. 15-cv-324-JSW
[~~PROPOSED~~] ORDER